UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

**CRIMINAL ACTION NO. 08-18-DLB-EBA-3**

**UNITED STATES OF AMERICA**                                                          **PLAINTIFF**

**VS.**        <u>**ORDER ADOPTING REPORT AND RECOMMENDATION**</u>

**JAMIE MATTHEW GAMBLE**                                                          **DEFENDANT**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter is before the Court upon the January 23, 2015 Report and Recommendation (R&R) of the United States Magistrate Judge, wherein he recommends that the Court revoke Defendant's supervised release and impose a sentence of six (6) months incarceration, with no supervised release to follow. (Doc. # 122).

During the final revocation hearing conducted by Magistrate Judge Edward B. Atkins on January 15, 2015, Defendant stipulated to violating the terms of his supervised release, as set forth in the January 9, 2015 Supervised Release Violation Report. Defendant having waived his right to allocution (Doc. # 120), and having waived his right to file specific objections to the R&R (Doc. # 124), the R&R is ripe for the Court's consideration.

Having reviewed the R&R, and finding that it is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

1

**IT IS ORDERED** as follows:

1. The Report and Recommendation (Doc. # 122) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

2. Defendant is found to have **VIOLATED** the terms of his supervised release;

3. Defendant's supervised release is hereby **REVOKED**;

4. Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **six (6) months** with **no supervised release to follow**.

5. A Judgment shall be entered concurrently herewith.

This 31st day of January, 2015.



Signed By:
*David L. Bunning*
United States District Judge

G:\DATA\ORDERS\Ashland Criminal\2008\08-18 Order Adopting R&R (2).wpd